ÆTNA FINANCE CORPORATION, Respondent, *v.* REX HEDWIG LABORATORIES, INC., Appellant.

(Argued December 4, 1929; decided January 7, 1930.)

*Nathan Stieglitz* and *Harry H. Oshrin* for appellant.

*Benjamin Pepper* and *Dennis F. O'Brien* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.